```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 33488
     LILLIAN R JACKSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
              Debtor
     SSN XXX-XX-3699


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/24/2005 and was confirmed 12/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.44% from remaining funds.

     The case was converted to chapter 7 after confirmation 11/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
RITE PRICE AUTO SALES     SECURED              725.00       27.42         725.00
AMERICASH LOANS LLC       UNSECURED            919.86         .00         210.45
AT&T BROADBAND            UNSECURED         NOT FILED         .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED         .00            .00
BLACK EXPRESSIONS         UNSECURED         NOT FILED         .00            .00
BROOKS MIDDLE SCHOOL      UNSECURED         NOT FILED         .00            .00
CITY OF HARVEY            UNSECURED         NOT FILED         .00            .00
COMCAST                   UNSECURED         NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED         .00            .00
PREMIER BANCARD CHARTER   UNSECURED            326.60         .00          64.50
HARVEY LIBRARY            UNSECURED         NOT FILED         .00            .00
HOLLYWOOD VIDEO           UNSECURED         NOT FILED         .00            .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY       NOT FILED         .00            .00
ILLINOIS TITLE LOAN       UNSECURED         NOT FILED         .00            .00
INGALLS HOSPITAL          UNSECURED         NOT FILED         .00            .00
JEWEL                     UNSECURED         NOT FILED         .00            .00
MENARDS                   UNSECURED         NOT FILED         .00            .00
ASSET ACCEPTANCE CORP     UNSECURED            324.91         .00          64.17
NIPSCO                    UNSECURED            293.79         .00          58.03
PAYDAY EXPRESS            UNSECURED         NOT FILED         .00            .00
PLATINUM CAPITAL INVESTM  UNSECURED         NOT FILED         .00            .00
AT & T BANKRUPCTY         UNSECURED            436.10         .00          86.14
ISAC                      UNSECURED           3102.26         .00         709.74
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED         .00            .00
US SPRINT                 UNSECURED         NOT FILED         .00            .00
PHYSICIAN ANESTHESIA      UNSECURED         NOT FILED         .00            .00
T-MOBILE BANKRUPTCY       UNSECURED            262.66         .00          55.96
TCF BANK                  UNSECURED         NOT FILED         .00            .00
THORNTON TOWNSHIP HIGHSC  UNSECURED         NOT FILED         .00            .00
US CELLULAR               UNSECURED         NOT FILED         .00            .00
VILLAGE OF FOREST PARK    UNSECURED         NOT FILED         .00            .00
MCSI/RMI                  UNSECURED           2650.00         .00         606.27

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 33488 LILLIAN R JACKSON
```

```
MCI                        UNSECURED      NOT FILED         .00              .00
PARK DANSAN                NOTICE ONLY    NOT FILED         .00              .00
RICHARD P KOMYATTE & ASS   UNSECURED         208.00         .00            34.61
ASSET ACCEPTANCE CORP      UNSECURED         357.15         .00            81.71
ANTHONY CALDWELL           UNSECURED      NOT FILED         .00              .00
PATRICIA WILLIAMS          NOTICE ONLY    NOT FILED         .00              .00
PATRICIA WILLIAMS          NOTICE ONLY    NOT FILED         .00              .00
COMCAST                    NOTICE ONLY    NOT FILED         .00              .00
COMED                      UNSECURED      NOT FILED         .00              .00
SECRETARY OF STATE         UNSECURED      NOT FILED         .00              .00
NIPSCO                     UNSECURED      NOT FILED         .00              .00
AMERITECH                  UNSECURED      NOT FILED         .00              .00
SBC                        NOTICE ONLY    NOT FILED         .00              .00
ILLINOIS BELL              NOTICE ONLY    NOT FILED         .00              .00
TCF BANK                   NOTICE ONLY    NOT FILED         .00              .00
VILLAGE OF FOREST PARK     NOTICE ONLY    NOT FILED         .00              .00
VILLAGE OF ORLAND PARK     NOTICE ONLY    NOT FILED         .00              .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,144.00                      2,144.00
TOM VAUGHN                 TRUSTEE                                         317.03
DEBTOR REFUND              REFUND                                          289.97
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  5,475.00

PRIORITY                                              .00
SECURED                                            725.00
    INTEREST                                        27.42
UNSECURED                                        1,971.58
ADMINISTRATIVE                                   2,144.00
TRUSTEE COMPENSATION                               317.03
DEBTOR REFUND                                      289.97
                        ---------------        ---------------
TOTALS                   5,475.00                5,475.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                           PAGE   2
            CASE NO. 05 B 33488 LILLIAN R JACKSON